UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA           :
                                   :
         v.                        :    Criminal Action No.: 06-0012 (RMU)
                                   :
RENE IBANEZ, JR.,                  :
                                   :       **FILED**
         Defendant.                :       FEB 2  2006

**CRIMINAL SCHEDULING ORDER**[1]

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

In order to manage this case in a manner consistent with the highest quality of justice, it is this 2nd day of February, 2006,

   **ORDERED** that the parties file all:

   Pretrial Motions\Notices     on or before  _February 14, 2006_ ;

   Oppositions                  on or before  _February 24, 2006_ ; and

   Replies                      on or before  _March 7, 2006_ ; and it is

   **FURTHER ORDERED** that this case be set for:

   An interim status conference on _March 7, 2006_, at _10:15_ ; and

   A motions hearing            on _____, at _____ ;

and it is

   **ORDERED** that counsel comply with all directives set forth in this court's Standing Order issued for this case and posted at www.dcd.uscourts.gov/RMUrbina-page.html.

   **SO ORDERED.**

                                        _____
                                            Ricardo M. Urbina
                                        United States District Judge

---

[1] Revised January 2005.