CO-526
(12/86)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

MAR 7 - 2006

UNITED STATES OF AMERICA          )
                                  )
                                  )          NANCY MAYER WHITTINGTON, CLERK
                                  )              U.S. DISTRICT COURT
          vs.                     )     Criminal No.06-0012-01(RMU)
                                  )
                                  )
RENE IBANEZ, JR.                  )

WAIVER OF TRIAL BY JURY

     With the consent of the United States Attorney and the
approval of the Court, the defendant waives his right to trial
by jury.

_____
                      Defendant

_____
              Counsel for defendant

I consent:
_____
Assistant United States Attorney

Approved:
_____
       Judge Ricardo M. Urbina
United States District Court Judge