**FILED**

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

MAR 7 - 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | Criminal Case No.:  06-0012 (RMU) |
| v. | : | |
| | : | |
| RENE IBANEZ, JR. | : | |
| | : | |
| Defendant. | : | |

### SENTENCING SCHEDULING ORDER

It is this 7th day of March 2006,

**ORDERED** that the sentencing in this matter shall be set for _Sept. 5, 2006_,
at _11 A.m._ and it is

**FURTHER ORDERED** that the probation officer assigned to this case disclose the initial version of the presentence investigation report to the parties 40 days after the referral date; and it is

**ORDERED** that counsel submit their objections to the probation officer 10 days after the report is initially disclosed by the probation office; and it is

**FURTHER ORDERED** that the probation officer disclose to the parties and file with the court the final presentence investigation report 10 days after the parties have submitted their objections; and it is

**ORDERED** that the parties file their memoranda in aid of sentencing with the court 10 days after the final version of the presentence report is disclosed by the probation officer; with responses thereto due five days thereafter. The parties' submissions must contain supporting case law or any other authority that the parties intend to rely upon.[1]

**SO ORDERED**.

Ricardo M. Urbina
United States District Judge

---

[1]     The "days" referred to in this order are *calendar* days. If the count of days ends on a weekend, the next business day becomes the due date for the submission.