UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal No. : 06-0012 (RMU) |
| : | |
| RENE IBANEZ, JR., : | FILED |
| : | |
| Defendant. : | MAR 7 - 2006 |
| : | NANCY MAYER WHITTINGTON, CLERK |
| | U.S. DISTRICT COURT |

## CONSENT ORDER OF FORFEITURE

WHEREAS, a written plea agreement was filed with this Court and signed by defendant Rene Ibanez, Jr. and his counsel, Dani Jahn, Esquire, in which defendant Ibanez pled guilty to a felony violation, that is mail fraud, in violation of Title 18, United States Code, Section 1341;

WHEREAS, in his plea agreement, the defendant expressly agreed and consented to the entry of an Order of Forfeiture in the form of a money judgment, under Fed.R.Crim.P. 32.2(b)(2), which is subject to forfeiture, pursuant to Title18, United States Code, Section 982(a)(2)(A), as property constituting, or derived from, proceeds obtained, directly or indirectly, as the result of mail fraud, in violation of Title 18, United States Code, Section 1341;

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. That the following property is declared forfeited to the United States, pursuant to Title18, United States Code, Section 982(a)(2)(A):

> Money Judgement:
> $38,687 which represents the sum of money equal to the amount of money that constitutes, or is derived from, proceeds obtained, directly or indirectly, as the result of mail fraud, in violation of 18 U.S.C. § 1341.

2. That, to partially satisfy the above-described money judgment, the net profit realized from forfeiture and sale of the Jeep Cherokee, subject to administrative forfeiture and referenced in paragraph 5 of the plea agreement shall be paid toward the money judgment.

3. That, upon receipt of each portion of the money judgment, the Chief Postal Inspector is authorized to seize and dispose of this property in accordance with the law.

4. That the Clerk is directed to forward a true and certified copy of this order to all counsel of record and to the United States Postal Inspection Service.

Dated this 7th day of March, 2006.

_____
United States District Judge

WE ASK FOR THIS:

KENNETH L. WAINSTEIN
United States Attorney

By: _____
VIRGINIA CHEATHAM  DC Bar #411980
Assistant United States Attorney
Fraud and Public Corruption Section
U.S. Attorney's Office
555 Fourth Street, NW, 5th Floor
Washington, D.C.  20530
(202) 514-9732

_____  _____
RENE IBANEZ, JR.                    DANI JAHN, ESQUIRE
Defendant                            Counsel for Defendant Ibanez