UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No.: 06-0012 (RMU) |
| | : | |
| RENE IBANEZ, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

FILED
APR 11 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is this 11th day of April 2006,

**ORDERED** that the sentencing scheduling order issued on March 7, 2006 is hereby amended; and it is

**FURTHER ORDERED** that the probation officer assigned to this case disclose the initial version of the presentence investigation report to the parties on June 19, 2006; and it is

**ORDERED** that counsel comply with all directives set forth in this court's previously-issued scheduling order.

**SO ORDERED**.

Ricardo M. Urbina
United States District Judge