August 23, 2006

Honorable Ricardo M. Urbina
United States District Judge
333 Constitution Avenue, NW
Washington, DC  20001

Dear Judge Urbina:

I'm writing this letter on behalf of my brother Rene Ibanez, Jr.

I am Rene's oldest sister, Leonor Rivera. There are three of us. Our parents being Catholic and from a foreign country raised us in a very strict household. We all attended Catholic school, and attended church several times a week. Growing up, my brother Rene was a good kid, very active in sports and music. Got decent grades in school and never got into any trouble.

Rene got married and had two beautiful daughters, and worked very hard to provide for them. Even though his marriage did not last, his relationship with his daughters remained the same. He tries to be there for them as much as possible. He attends their school functions, and he volunteers to coach some of their sport activities at their school.

Since his nasty divorce I have observed Rene's life deteriorate. With the lost of his home and everything with it to his ex-wife, and also loosing the pleasure of seeing his daughters everyday and later looses a good paying job. He just wasn't the same. Ever since he has been unable to attain another job earning the income he was earning during his marriage. So instead of him going to court and asking for a reduction in his child support payments, because he was not making the same amount of money. He has had as many as three jobs at a time in order to keep up with his payments. When work is slow, because the type of work he does, is outside home improvement type work. He had a tendency of becoming late on his child support payments. When this happened his ex-wife use this against him and refused to let him see his girls until the payments are caught up. His ex-wife has had him arrested, thrown in jail because his payments were late. This has caused him a tremendous amount of stress, anxiety and desperation. He feels helpless because he is unable to see his daughters, which his ex-wife uses as a pawn for money. This has been a constant problem.

My brother is a good kind hearted person, always willing to give a helping hand. He's well liked by anyone that meets him. He's a pretty popular person in the Latin community, everyone speaks highly of him.

Since the death of our mother last year, he's been having a pretty hard time dealing with it. Very depressed and withdrawn. He was close to our mother, so I can see how he misses her so. And having to deal with the constant threats of not being able to see his daughters, if he doesn't fulfill his ex-wife's demands, makes him feel even worst. All this

has him at an all time low. Last time I saw him he was down and depressed. I told him to go to counseling. I honestly feel that is something he needs.

Regardless of what my brother Rene may have done, believe me, it wasn't done with any intention of malice, selfishness or personal gain. He's not that type of person. As I said, he loves his daughters, and he would do what he can to stay involved in their lives and make them happy. They are the most important thing in his life, just as he is to theirs. We all love him a great deal; there is nothing I wouldn't do for my brother. He's the only one I've got.

Sincerely,

Leonor Rivera