UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA         :
                                 :
            v.                   :   Criminal Action No.: 06-0012 (RMU)
                                 :
RENE IBANEZ,                     :
                                 :
            Defendant.           :

**ORDER**

FILED
AUG 2 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is this 17th day of August 2007,

**ORDERED** that a hearing on violation in the above-captioned case shall take place on Thursday, October 11, 2007 at 1:30 p.m.

**SO ORDERED**.

_____
Ricardo M. Urbina
United States District Judge