A 245 D (Rev. DC 05/00) Sheet 1 - Judgment in a Criminal Case for Revocation

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
OCT 15 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.                                    Criminal Case No. 06-0012 (RMU)

RENE IBANEZ, JR.
DOB:        Registration No. 28756-016

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Supervised Release
(For Offenses Committed On or After November 1, 1987)

The defendant, RENE IBANEZ, JR., was represented by DANNIELL JAHN, ESQUIRE.

It appearing that the defendant, RENE IBANEZ, JR., who was sentenced on September 5, 2006, in the above styled case and was placed on Supervised Release, and has violated the terms of supervision;

It is hereby ORDERED and ADJUDGED, this 11th day of October, 2007, that the Supervised Release of the defendant be revoked and that the defendant be committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of: NINE (9) MONTHS.

Upon release from imprisonment, the defendant shall be on Supervised Release for a term of: TWO (2) YEARS with conditions.

It is ORDERED that the Clerk deliver a certified copy of this commitment to the United States Marshal or other qualified officer and the same shall serve as the commitment of the defendant.

Signed this 15th day of October, 2007

Ricardo M. Urbina
United States District Judge